# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0127. MARGARET HETHER v. JUSTIN TYLER CAMPBELL.**

Upon consideration of the applicant's "Motion For Process In The Nature Of Mandamus Pursuant to Rule 40(c)," the same is HEREBY DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/29/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*